# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MK OPTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-133-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| OLYMPUS AMERICA INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff MK Optics, LLC and defendant Olympus America Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

STAMOULIS & WEINBLATT LLC        POTTER ANDERSON & CORROON LLP

By:  */s/ Richard C. Weinblatt*                     By:  */s/ Stephanie E. O'Byrne*
     Stamatios Stamoulis (#4606)                         Richard L. Horwitz (#2246)
     Richard C. Weinblatt (#5080)                        David E. Moore (#3983)
     Two Fox Point Centre                                Bindu A. Palapura (#5370)
     6 Denny Road, Suite 307                             Stephanie E. O'Byrne (#4446)
     Wilmington, DE  19809                               Hercules Plaza, 6th Floor
     Tel:  (302) 999-1540                                1313 N. Market Street
     stamoulis@swdelaw.com                               Wilmington, DE  19801
     weinblatt@swdelaw.com                               Tel:  (302) 984-6000
                                                         rhorwitz@potteranderson.com
*Attorneys for Plaintiff MK Optics, LLC*                 dmoore@potteranderson.com
                                                         bpalapura@potteranderson.com
                                                         sobyrne@potteranderson.com

                                                         *Attorneys for Defendant Olympus America Inc.*

IT IS SO ORDERED, this _____ day of _____ 2015.

_____
U.S.D.J.

1195821/42279